■ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTS-BURGH, PA., as Subrogee of Madison Haywood Development Services, Inc., Respondent, v JACKSON TRANSIT AUTHORITY, Appellant. [4 NYS3d 527]—Order, Supreme Court, New York County (Anil C. Singh, J.), entered February 5, 2014, which denied defendant's motion to dismiss for lack of jurisdiction, unanimously reversed, on the law, with costs, and the complaint dismissed. The Clerk is directed to enter judgment accordingly.

Plaintiff, who submitted only an attorney's affirmation, which was on "information and belief," and did not even identify the source of that information and belief, failed to make a sufficient start to entitle it to jurisdictional discovery to oppose defendant's motion to dismiss (*SNS Bank v Citibank*, 7 AD3d 352, 353-354 [1st Dept 2004]). Moreover, on their face, plaintiff's speculative allegations, many of them referring to

supposed past contacts with this State, did not suffice to confer jurisdiction over the defendant, in any event (*see Daimler AG v Bauman*, 571 US —, 134 S Ct 746, 761 [2014]). Concur—Tom, J.P., Sweeny, Renwick and Andrias, JJ.